Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Clifton & Michelle King

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 11-28735-E-13C |
| | DOCKET CONTROL #: DPC-2 |
| King, Clifton | DATE: SEPTEMBER 9, 2015 |
| | TIME: 10:00 A.M. |
| King, Michelle | DEPT#: E - COURTROOM 33 |
| | HONORABLE JUDGE SARGIS |
| Debtors / | |

**OPPOSITION TO MOTION TO DISMISS**

COME NOW DEBTORS, Clifton & Michelle King, by and through their attorney of record, Peter G. Macaluso (substitution and order pending), and oppose the Motion of the Chapter 13 Trustee to Dismiss the Chapter 13 Case.

Debtors respond and state that they remitted the sum of $1580 to the Trustee on August 19, 2015 and are now current with Plan payments.

WHEREFORE, Debtors request that the Trustee's Motion be denied.

Dated: August 26, 2015            **/s/ Peter G. Macaluso**
                                  Peter G. Macaluso, Attorney at Law

-1-